IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY LYDELL TILLIS,

    Petitioner,                      No. CIV S-11-1362 EFB P

    vs.

ANTHONY HEDGPETH,

    Respondent.                    ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. However, petitioner has commenced this action in the wrong district.

        Petitioner was convicted in the San Diego Superior Court, but is confined in Salinas Valley State Prison in Monterey County. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction, *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

        Therefore, the court transfers this action to the United States District Court for the Southern District of California. 28 U.S.C. §§ 84; 1404(a).

////

1    Accordingly, it is ORDERED that this action is transferred to the United States District
2 Court for the Southern District of California.
3 DATED: May 24, 2011.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE